# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR31-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CARLOS JOSE JONES ) | |

**THIS MATTER** is before the Court on receipt of a *pro se* letter from the Defendant dated March 20, 2006, wherein he advises that not only did his attorney fail to review his presentence report with him before the time for objections expired, no objections were filed to the presentence report. He enumerates several objections to the presentence report that he feels should be appropriately addressed in writing.

**IT IS, THEREFORE, ORDERED** that the Clerk file the Defendant's *pro se* letter and provide copies to the Defendant's counsel and the United States Attorney.

**IT IS FURTHER ORDERED** that the Defendant's counsel shall personally contact and review with the Defendant the presentence report herein on or before **APRIL 3, 2006.**

**IT IS FURTHER ORDERED** that Defendant's counsel shall file written objections to the report on or before **APRIL 10, 2006**, with the U.S. Probation Office and shall provide copies to the U.S. Attorney.

**IT IS FURTHER ORDERED** that the U.S. Attorney and the Probation Office shall have to and including **APRIL 18, 2006**, to file response and/or address Defendant's objections to the presentence report herein.

All parties are advised that this case remains on the sentencing calendar for April 25, 2006.

Signed: March 22, 2006

Lacy H. Thornburg
United States District Judge